UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| JESSE GRAVES YATES, III, | ) |
| Plaintiff, | ) |
| | ) **JUDGMENT IN A** |
| | ) **CIVIL CASE** |
| v. | ) **CASE NO. 7:19-cv-2-D** |
| | ) |
| STATE FARM CASUALTY AND FIRE and | ) |
| MICHAEL L. TIPSORD, | ) |
| Defendants. | ) |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 33] and DISMISSES Yates's complaint with prejudice.

**This Judgment Filed and Entered on June 28, 2019, and Copies To:**

| | |
|---|---|
| Jesse Graves Yates, III | (Sent to Willow Run Condominiums, 14a 2000 Greens Blvd Myrtle Beach, SC 29577via US Mail) |
| Jonathan E. Hall | (via CM/ECF electronic notification) |
| Michael E. Crook | (via CM/ECF electronic notification) |

DATE:  
June 28, 2019

PETER A. MOORE, JR., CLERK  
(By) /s/ Nicole Sellers  
Deputy Clerk